IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-00067-01-CR-W-BP |
| | ) | |
| MIRZA MICHAEL REAZUDDIN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

On April 4, 2023, an eleven-count Indictment was returned against Defendant Reazuddin. (Doc. 1) Defendant was arrested in the Northern District of Georgia. (*See* Doc. 3) Following a detention hearing in that District, Defendant was detained on grounds that there was no condition or combination of conditions that would reasonably assure Defendant's appearance as required. (Doc. 3, at p. 24)

On May 31, 2023, Defendant Reazuddin filed a Motion for a Renewed Detention Hearing for Pretrial Release. (Doc. 14) Defense counsel argues that: (1) Defendant did not have an opportunity to discuss with counsel and meaningfully refute the Government's proffers made during the detention hearing; and (2) Defendant has medical conditions that need to be addressed and he cannot rely on proper medical care in custody. The Government opposes Defendant's release. (Doc. 15)

This Court obtained a copy of the transcript of the detention hearing from the Northern District of Georgia and made the same available to the parties. (*See* Doc. 16) Defendant filed a reply on June 20, 2023. (Doc. 18)

1

Having fully considered the factual information which formed the basis of the original decision to detain Defendant, a transcript of the detention hearing held in the Northern District of Georgia (Doc. 16), Defendant's instant motion, the Government's opposition and Defendant's reply, the Court finds that the information originally justifying Defendant's detention remains the same. Review of the detention hearing transcript reveals that defense counsel addressed the Government's proffers when arguing for Defendant's release (*See* Doc. 16, at pp. 16-23).[1] Defendant was detained on the flight prong on grounds that he previously tried to flee law enforcement, there was an active warrant for Defendant's arrest, and because Defendant attempted to hide from law enforcement when arrested on the instant charges. This information remains unchanged and the availability of a third-party custodian does not alleviate the Court's concern. Furthermore, argument regarding Defendant's medical circumstances does not alter the justification for the Northern District of Georgia's finding. This Court, therefore, still finds by a preponderance of the evidence that no condition or combination of conditions of release will assure the Defendant's appearance as required. It is, therefore

ORDERED that Defendant's motion for reconsideration of detention (Doc. 14) is denied. It is further

ORDERED that defense counsel is directed to confer with the United States Marshals Service regarding Defendant's medical conditions and his care while in custody.

                                          /s/ *Jill A. Morris*
                                          JILL A. MORRIS
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The proceeding was paused on three separate occasions, one for the express purpose of allowing defense counsel to review a police report. (Doc. 16, at pp. 18, 19, 20-21) The Court further notes that a continuance of the detention hearing was not requested.