# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# KANSAS CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:23-CR-00067-BP-1 |
| | ) | |
| MIRZA M. REAZUDDIN | ) | |

## UNOPPOSED MOTION TO WITHDRAW

Mr. Sami Azhari of Azhari, LLC, the law firm representing Mirza Reazuddin, pursuant to United States District Court of the Western District of Missouri Local Civil Rule 83.2, respectfully moves this Court to allow him to withdraw as the attorney of record for Mr. Reazuddin, and states the following:

1. Mr. Azhari was retained by Mr. Reazuddin on or about May 24, 2023, and filed his Motion to appear pro hac vice, which was granted by this Court on May 24, 2023. Order, ECF No. 13.

2. On July 7, 2023, this Court granted Mr. Reazuddin's unopposed Motion to Continue the Trial Date, resetting the jury trial for February 12, 2024. Order, ECF No. 21.

3. Mr. Azhari and Mr. Reazuddin have experienced an irreparable breakdown in communication that creates a conflict of interest in Mr. Azhari's ability to effectively represent Mr. Reazuddin in this matter.

4. Given Mr. Reazuddin's requests, Mr. Azhari seeks leave to withdraw for ethical reasons.

5. Mr. Reazuddin has expressed frustration with Mr. Azhari at every step of the case.

6. If this Court were to grant this Motion, this would not prejudice Mr. Reazuddin.

7. Trial is set in February and Mr. Azhari seeks to withdraw with sufficient time to have a new attorney prepare for the February trial.

8. If the court grants this motion, Mr. Azhari also seeks the withdrawl of local counsel, Timm Schowalter, who is serving as Mr. Azhari's local counsel.

**WHEREFORE**, undersigned counsel, Sami Azhari, respectfully requests that this Court grant his request to withdraw from further representation of Mr. Reazuddin in this matter, and for such other and further relief as is appropriate under the circumstances.

October 11, 2023　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/Sami Azhari
　　　　　　　　　　　　　　　　　　　　　　Sami Azhari, attorney for Mirza Reazuddin


Sami Azhari
Azhari LLC
134 North Lasalle Street
Suite 444
Chicago, Illinois 60602
Phone: (312) 626-2871
Email: sazhari@azharillc.com
Attorney No: 6294661

## CERTIFICATE OF SERVICE

The undersigned states that, on October 17, 2023, he caused the above to be served on counsel of record by way of ECF filing.

        Respectfully submitted,

        */s/Sami Azhari*
        Sami Azhari

        *Attorney for Mirza Reazuddin*