IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-00067-01-CR-W-BP |
| | ) | |
| MIRZA MICHAEL REAZUDDIN, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is defense counsel's Unopposed Motion to Withdraw. (Doc. 28) Defense counsel seeks to withdraw based upon an irreparable breakdown in communication. The Court notes that counsel was retained in this case; review of Defendant's financial affidavit (Doc. 6) indicates he is not entitled to appointment of counsel. Until replacement counsel enters an appearance or alternate representation is otherwise addressed, it is

ORDERED that defense counsel's Motion to Withdraw is denied.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE