IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-00067-01-CR-W-BP |
| ) | |
| MIRZA MICHAEL REAZUDDIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Extend Pretrial Motion Deadline. (Doc. 31) This case is set on the February 12, 2024, docket, with pretrial motions currently due October 30, 2023, and a pretrial conference on January 31, 2024. Defendant seeks to extend the pretrial motion deadline by 45 days to allow time to decide what, if any, motions should be filed and also to give anticipated substitute counsel an opportunity to do the same.

Due to posture of this case, Defendant's motion can only be granted in part. The Court typically requires 90 days between the pretrial motion deadline and pretrial conference date in order to allow sufficient time for full briefing, to conduct a hearing, receive the transcript, prepare a written Report & Recommendation, accommodate the 14-day objection period, and allow the assigned District Court Judge to perform a *de novo* review. Accordingly, it is

ORDERED that Defendant's motion is granted in part. Pretrial motions shall be filed no later than November 13, 2023.

                                                                                           /s/ *Jill A. Morris*
                                                                                            JILL A. MORRIS
                                              UNITED STATES MAGISTRATE JUDGE