# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-00067-CR-W-BP |
| MIRZA MICHAEL REAZUDDIN, | |
| Defendant. | |

## NOTICE AND BILL OF PARTICULARS
## FOR FORFEITURE OF PROPERTY

The United States of America hereby files the following Notice and Bill of Particulars for Forfeiture of Property.

The Forfeiture Allegation in this case seeks forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses alleged in Counts One through Four of the Indictment, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461. The Forfeiture Allegation in this case also seeks forfeiture of any property, real or personal, involved in the offenses alleged in Counts Five through Eleven of the Indictment, or any property traceable to such property, pursuant to 18 U.S.C. § 982(a)(1).

The United States hereby gives notice that it is seeking forfeiture of the following property as property constituting or derived from any proceeds the defendant obtained directly and indirectly as a result of the violations alleged in Counts One through Four of the Indictment, and/or as property involved in the offenses alleged in Counts Five through Eleven of the Indictment or any property traceable to such property:

Real property, together with all its buildings, appurtenances, and improvements, known as 1925 Severbrook Place, Lawrenceville, Georgia, more fully described as follows:

All that tract or parcel of land lying and being in Land Lot 83, of the 7th District, Gwinnett County, Georgia, being Lot 71, Block A, Clairemont F.K.A. Sever Creek, as per plat recorded in Plat Book 107, Page 300, and 108, Page 1, Gwinnett County, Georgia records, said plat being incorporated herein and made a part hereof by reference.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By; */s/ Paul S. Becker*

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system for electronic delivery to all counsel of record.

*/s/ Paul S. Becker*
Paul S. Becker
Assistant United States Attorney