# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-00067-CR-W-BP |
| MIRZA MICHAEL REAZUDDIN, | |
| Defendant. | |

## LIS PENDENS

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Western District of Missouri between the parties named above for the seizure and forfeiture of the real property, together with all its buildings, appurtenances, and improvements, known as 1925 Severbrook Place, Lawrenceville, Georgia, with the United States as Plaintiff. The Notice and Bill of Particulars for Forfeiture of Property regarding 1925 Severbrook Place, Lawrenceville, Georgia, was duly filed with the Clerk of the United States District Court for the Western District of Missouri on December 21, 2023, in Criminal Action No. 23-00067-CR-W-BP.

The real property, together with all its buildings, appurtenances, and improvements, which is the subject of this action, is described as follows:

> All that tract or parcel of land lying and being in Land Lot 83, of the 7th District, Gwinnett County, Georgia, being Lot 71, Block A, Clairemont F.K.A. Sever Creek, as per plat recorded in Plat Book 107, Page 300, and 108, Page 1, Gwinnett County, Georgia records, said plat being incorporated herein and made a part hereof by reference.

The persons whose estate or interest intended to be affected are Mirza Reazuddin and any other potential claimants to the real property.

For further information concerning this proceeding for forfeiture, reference may be had to the records of the Clerk of the United States District Court for the Western District of Missouri, Western Division, 400 East 9th Street, Kansas City, Missouri 64106.

                        Teresa A. Moore
                        United States Attorney

By:   /s/ *Paul S. Becker*

        Paul S. Becker
        Assistant United States Attorney

        Charles Evans Whittaker Courthouse
        400 East Ninth Street, Suite 5510
        Kansas City, Missouri 64106
        Telephone: (816) 426-3122