# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-00067-CR-W-BP |
| MIRZA MICHAEL REAZUDDIN, | |
| Defendant. | |

## STIPULATION FOR
## SETTLEMENT AGREEMENT AND RELEASE

It is hereby stipulated by and between the United States of America, by and through the United States Attorney for the Western District of Missouri, and Mahreen Husain (hereinafter "Ms. Husain"), by and through her attorney, Vanessa M. Riebli, as follows:

1.    On April 4, 2023, Defendant Mirza Michael Reazuddin (hereinafter "Defendant") was charged in an Indictment with four counts of wire fraud, in violation of 18 U.S.C. § 1343, and seven counts of money laundering, in violation of 18 U.S.C. § 1957. (Doc. 1.)

2.    The Forfeiture Allegation of the Indictment sought forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, of any property, real or personal, constituting or derived from proceeds traceable to the wire fraud. *Id.* The Forfeiture Allegation further sought forfeiture, pursuant to 18 U.S.C. § 982(a)(1), of any property, real or personal, involved in money laundering activity, and any property traceable to such property. *Id.*

3.    On December 21, 2023, the United States filed a Notice and Bill of Particulars for Forfeiture of Property, giving notice that it was seeking forfeiture of the real property located at 1925 Severbrook Place, Lawrenceville, Georgia, more fully described as:

> All that tract or parcel of land lying and being in Land Lot 83, of the 7th District, Gwinnett County, Georgia, being Lot 71, Block A, Clairemont F.K.A. Sever Creek, as per plat recorded in Plat Book 107, Page 300, and 108, Page 1, Gwinnett County, Georgia records, said plat being incorporated herein and made a part hereof by reference.

(hereinafter the "Property"). (Doc. 36.) The Bill of Particulars advised that the United States was seeking forfeiture of the Property as constituting or derived from proceeds Defendant obtained directly and indirectly as a result of wire fraud, and/or as property involved in money laundering activity or property traceable to such property. *Id.*

4.      On December 21, 2023, the United States filed a *Lis Pendens* as to the Property, giving notice that the United States is seeking forfeiture of the Property in the above-captioned action. (Doc. 37.) The *Lis Pendens* was recorded with the Clerk of the Superior Court of Gwinnett County, Georgia on or about December 26, 2023.

5.      On February 5, 2024, Defendant entered into a plea agreement with the United States, pursuant to which he agreed to plead guilty to one count of wire fraud and one count of money laundering. (Doc. 42.) In the plea agreement, Defendant agreed to forfeit his interest in the Property. *Id.*

6.      On July 24, 2024, the Court entered a Preliminary Order of Forfeiture, which included the Property. (Doc. 63.)

7.      Ms. Husain submitted a petition asserting an interest in the Property, which the Government has construed as a third-party ancillary petition to determine the validity of her interest in the Property (hereinafter the "Petition").

8.      To avoid the delay, uncertainty, inconvenience, and expense of litigation, Ms. Husain and the United States agree to settle and compromise Ms. Husain's Petition pursuant to the terms set forth herein.

2

9.     The United States agrees that after a Final Order of Forfeiture is entered by the Court and the Property has been sold, the United States shall pay Ms. Husain the sum of $20,000 from the net proceeds of the sale.

10.     Ms. Husain understands and agrees that the United States shall incur costs associated with sale of the Property. Ms. Husain agrees that she will not contest or object to the United States' costs to dispose of the Property and she further agrees that all costs of sale will be paid in full first from gross proceeds of the sale.

11.     Ms. Husain agrees that payment to her is conditioned upon the United States prevailing against any competing claims and conditioned upon net proceeds resulting from the sale. In the event the net proceeds from the sale are not sufficient to satisfy the payment contemplated by Paragraph 9 of this Agreement, and any other payment(s) to resolve any other claim(s) made to the Property in connection with the above-captioned action, the Parties agree that this Agreement will be void and will have no force or effect.

12.     Ms. Husain agrees that payment pursuant to Paragraph 9 of this Agreement shall be in full settlement and satisfaction of all claims by Ms. Husain arising from and resulting from the forfeiture of the Property. Ms. Husain agrees that by entering into this Agreement, she waives any right to further litigate against the United States her interest in the Property and understands and agrees that this waiver includes, but is not limited to, litigation regarding the Property in the above-captioned case.

13.     Ms. Husain hereby releases and forever discharges the United States; its officers, agents, servants, and employees; and its heirs, successors, or assigns; from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or in equity which they, their heirs, successors, or assigns ever had,

3

now have, or may have in the future in connection with the seizure, detention, and forfeiture of the Property.

14.     This Agreement does not bind the Parties on any matters not directly related to the seizure, detention, and forfeiture of the Property.

15.     The United States and Ms. Husain each agree to bear their own costs and attorney's fees incurred in connection with the forfeiture and disposition of the Property. Ms. Husain further waives any and all claims or rights she has or may have pursuant to 28 U.S.C. § 2412 (the Equal Access to Justice Act) for attorney's fees or other costs involving the Property, arising out of the above-captioned criminal investigation and case and the forfeiture of the Property.

16.     This Agreement, and any dispute arising therefrom, shall be governed by the laws of the United States. The Parties agree that, should any judicial action be required to enforce or interpret this Agreement, or to resolve any dispute hereunder, the exclusive venue for such an action shall be in the United States District Court for the Western District of Missouri.

17.     For purposes of construction, this Agreement shall be deemed to have been drafted by both the Government and Ms. Husain and shall not be construed against any party for that reason in any subsequent dispute.

18.     It is contemplated that this Agreement may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages together shall be deemed one document.

19.     This Agreement comprises all the provisions stipulated by and between the Parties in full and complete settlement of Ms. Husain's Petition in the above-captioned action.

20.     This Agreement cannot be modified or amended except by an instrument in writing, agreed to and signed by the parties, nor shall any of its provisions be waived other than by a written

4

waiver, signed by the Parties.

      21.     The Parties acknowledge that they have: (a) consulted with counsel before executing this Agreement; (b) have been afforded a reasonable time to consider this Agreement before executing it; (c) are competent and of sound mind and able to understand the provisions of this Agreement; (d) have read and understood the Agreement's provisions; and (e) have executed the Agreement knowingly, voluntarily, and of their own free will.

For the United States:

R. Matthew Price
United States Attorney

Date:   October 29, 2025        By:   /s/
Stephanie Bradshaw
Assistant United States Attorney
400 E. 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122
E-mail: stephanie.bradshaw@usdoj.gov
*Counsel for Plaintiff*
*United States of America*

6

For Petitioner:

Date:  October 29, 2025

*maḥreen ḥusain*
_____
**Mahreen Husain**
*Petitioner*

Date: October 29, 2025

*[signature]*
Vanessa M. Riebli   #92A5 - KS
Riebli Law LLC      #60243-MO
100 E. Park Street, Suite 210
Olathe, KS 66061
Telephone: (913) 351-1880
E-mail: vanessa@rieblilaw.com
*Counsel for Petitioner*

7

# CLAIM FORM

## YOU MUST COMPLETE <u>ALL</u> PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement**: If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice**: The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

# SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION | |
|---|---|
| **Claimant/Contact Name:** (Last, First)<br><br>Husain, Mahreen | |
| **Business/Institution Name:** (if applicable) | **Prisoner ID:** (if applicable) |
| **Address:** (Include Street, City, State, and Zip Code)<br><br>█████████████ Overland Park, KS  66223 | |
| **Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one)<br><br>███-4559 | |
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:** | |
| **Phone:** (optional) | **Email:** (optional)<br>████████████████ |

| ATTORNEY INFORMATION (if applicable) | |
|---|---|
| **Attorney Name:** (Last, First)<br>Riebli, Vanessa | |
| **Attorney Title:** | |
| **Firm Name:** (if applicable)<br>Bath & Edmonds PA | |
| **Attorney Address:** (Include Street, City, State, and Zip Code)<br><br>4000 W. 114th Street, Suite 210<br>Leawood, KS  66211 | |
| **Are you an attorney filing this claim on behalf of your client?**  x☐ YES  ☐ NO | |
| **Attorney Phone:** (optional)<br>(913) 652-9800 | **Attorney Email:** (optional)<br>vanessa@bathedmonds.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

# SECTION II – ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | | 1925 Severbrook Place, Lawrenceville, Georgia |
| | | All that tract or parcel of land lying and being in Land Lot 83, of the 7th District, Gwinnett County, Georgia, being Lot 71, Block A, Clairemont F.K.A. Sever Creek, a per plat recorded in Plat Book 107, Page 300, and 108, Page 1, Gwinnett County, Georgia records, said plat being incorporated herein and made part of hereof by reference.  ECF No. 36 |
| | | |
| | | |
| | | |

# SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| | 1925 Severbrook Place, Lawrenceville, Georgia |
| | All that tract or parcel of land lying and being in Land Lot 83, of the 7th District, Gwinnett County, Georgia, being Lot 71, Block A, Clairemont F.K.A. Sever Creek, a per plat recorded in Plat Book 107, Page 300, and 108, Page 1, Gwinnett County, Georgia records, said plat being incorporated herein and made part of hereof by reference.  ECF No. 36 |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

Claimant, Mahreen Husain, is the spouse of Mirza Michael Reazuddin.  The property was acquired after the date of marriage and Claimant believes the property is considered marital property in Kansas.  A divorce between the parties is pending in Johnson County, Kansas, Tenth Judicial District, case number 23CV2226.

**In the space below, please list any documents you are including in support of your interest in the asset(s).  If none are included, please explain why.**

Second Amended Domestic Relations Affidavit – filed in Johnson County case number 23CV2226 – sets forth in paragraph 15 a list of real property – which includes above-described property.

## SECTION IV – RECOVERY OF LOSS

*Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

### RECOVERY OF LOSS INFORMATION

| Asset ID | Asset Description |
|----------|-------------------|
| n/a | |
| | |

### INSURANCE CLAIM INFORMATION (if applicable)

| | |
|---|---|
| **Name of Insured:** (Last, First) | |
| **Policy Number:** | **Claim Number:** |
| **Name of Insurance Company:** | **Name of Insurance Agent:** (Last, First) |
| **Insurance Company Address:** (Include Street, City, State, and Zip Code) | |
| **Phone:** (optional) | **Email:** (optional) |
| **Have you received compensation from the insurance company?** ☐ YES ☐ NO | **Amount of Compensation:** |

**If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.**

### OTHER SOURCE(S) OF RECOVERY (if applicable)

| | |
|---|---|
| **Source of Recovery 1:** | **Amount of Recovery:** |
| **Source of Recovery 2:** | **Amount of Recovery:** |

**In the space below, please list any documents you are including in support of your claim of recovery of loss. If none are included, please explain why.**

n/a

## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____ *Mahreen Husain* _____
**Signature**

_____ *Mahreen Husain* _____
**Printed Name**

_____ *08-26-2024* _____
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**<u>VERIFICATION</u>**

State of Kansas          )
                         ) SS.
County of Johnson        )

I have read the above  and to the best of my knowledge believe that the information is accurate and complete.

*Mahreen Husain*

Mahreen Husain

Subscribed and sworn this 26th day of August, 2024.

*Allison L Bath*

Notary Public

My commission expires: _10/22/24_

ALLISON L. BATH
Notary Public, State of Kansas
My Appointment Expires
10/22/24

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

| | |
|---|---|
| In the Matter of the Marriage of: | ) |
| | ) |
| MAHREEN HUSAIN | ) |
| | ) Case No: 23CV02226 |
| and | ) Division: 1 |
| | ) K.S.A. Chapter 23 & 60 |
| | ) |
| MIRZA REAZUDDIN | ) |

## SECOND AMENDED DOMESTIC RELATIONS AFFIDAVIT OF PETITIONER, MAHREEN HUSAIN

| 1. | Wife/Mother | Residence: | *Overland Park, Kansas |
|----|----|----|----|

| xx/xx/1976 | XXX-XX- 4559 | xxx-xxx-7958 |
|---|---|---|
| Birth Month/Year | Social Security Number | Telephone |

| 2. | Husband/Father | Residence: | USP Leavenworth |
|----|----|----|----|

| | XXX-XX- | |
|---|---|---|
| Birth Month/Year | Social Security Number | Telephone |

3.  Date of Marriage:  07/01/2017

4.  Number of Marriages:  Wife/Mother:  2  Husband/Father: __

5.  Number of children of the relationship:  0

6.  Names, Social Security Numbers, the month and year of each child's birth and ages of minor children of the relationship: (DO NOT list full social security numbers - only last 4 digits (example XXX-XX-1234)

| Name | Social Security Number | Birth Month/Year | Age | Custodian Mother/Father |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Only City and state provided pursuant to Kansas Supreme Court Rule 24.

**7.**

Names, Social Security Numbers, and ages of minor children of previous relationships and facts as to custody and support payments paid or received, if any: (DO NOT list full social security numbers - only last 4 digits (example XXX-XX-1234)

| Name | Social Security No. | Age | Monthly Support Payment | Paid or Received |
|------|---------------------|-----|-------------------------|------------------|
|      |                     |     | $                       |                  |
|      |                     |     | $                       |                  |

**8.**  Wife/Mother is employed by: Walmart
Address: 15700 Metcalf Ave., Overland Park, KS 66223

Telephone:

Husband/Father is employed by:
Address:

Telephone:

With monthly income as follows:

**A.**  Wage Earner:

| | | Wife/Mother | Husband/Father |
|--|--|-------------|----------------|
| 1. | Gross Income | $ 2,426[†] | $ |
| 2. | Other Income: | $ | $ |
| 3. | Subtotal Gross Income | $ 2,426 | $ |
| 4. | Federal Withholding | $ (147) | $ |
|    | (Claiming ___ exemptions) | $ | $ |
| 5. | State Withholding | $ (94) | $ |
| 6. | Medicare (OASDHI) | $ (38) | $ |
| 7. | Social Security | $ (161) | $ |
| 8. | Retirement/401(k) | $ (155) | $ |
| 9. | Subtotal Deductions | $ | $ |
|    | NET INCOME: | $ 1,831.00 | $ |

**B.**  Self-Employed:

| | | Wife/Mother | Husband/Father |
|--|--|-------------|----------------|
| 1. | Gross Income from Self-Employment | $ | $ |
| 2. | Other Income: | $ | $ |
| 3. | Subtotal Gross Income | $ | $ |
| 4. | Reasonable Business Expenses | $ | $ |
|    | (Itemize and attach Exhibit) | $ | $ |
| 5. | Self-Employment Tax | $ | $ |
| 6. | Estimated Tax Payments | $ | $ |

---

[†] $14/hr x 80 x 26 divided by 12

|   | | $ | | $ | |
|---|---|---|---|---|---|
| | (Claiming ___ exemptions) | $ _____ | | $ _____ | |
| 8. | State Withholding | $ _____ | | $ _____ | |
| 9. | Subtotal Deductions | $ _____ | | $ _____ | |
| | NET INCOME: | $ _____ | | $ _____ | |

Pay Period: State whether paid weekly/every other week/twice per month/monthly

| | | | | |
|---|---|---|---|---|
| Wife/Mother | ☐ weekly | ☒ every other week | ☐ twice per month | ☐ monthly |
| Husband/Father | ☐ weekly | ☐ every other week | ☐ twice per month | ☐ monthly |

**9.** The liquid assets of the parties are:

A. Checking Accounts: (DO NOT list account numbers - only last 4 digits of account):

| Item | Balance | Date | Owner/Name/Joint/Individual |
|---|---|---|---|
| Bank of America | $ 1,998 | 1/23/24 | Petitioner |
| Bank of America | $ | | Petitioner's Son |
| Wells Fargo #4088 | $ | 08/23/2023 | Petitioner's - Closed |
| | $ | | |

B. Savings Accounts: (DO NOT list account numbers - only last 4 digits of account)

| Item | Balance | Date | Owner/Name/Joint/Individual |
|---|---|---|---|
| Chase Bank #9698 | $ 595,000,00 | 1/23/24 | Petitioner |
| Bank of America | $ 6,951.46 | 1/23/24 | Petitioner |
| | $ | | |
| | $ | | |

C. Cash:

| | | |
|---|---|---|
| Wife/Mother | $ _____ | |
| Husband/Father | $ _____ | |

D. Other: (DO NOT list account numbers - only last 4 digits of account)

| Item | Balance | Date | Owner/Name/Joint/Individual |
|---|---|---|---|
| See attached list of additional closed accounts. | $ | | |
| Cashier checks made payable to KB California Realty Group | $ 1,573,801.50 | December 2022 | |
| | $ | | |
| | $ | | |

**10.** The monthly expenses of each party are: (please indicate with an asterisk (*) all figures which are estimates rather than actual figures taken from records.)

| A. | Item | Wife/Mother (Actual or Estimated) | Husband/Father (Actual or Estimated) |
|---|---|---|---|
| 1. | Rent/Mortgage | $ _____ | $ _____ |
| 2. | Food/Dining Out | $ 1,000 | $ _____ |
| 3. | Utilities/Services: | | |
| | Trash Service | $ _____ | $ _____ |
| | Newspaper | $ _____ | $ _____ |
| | Telephone | $ _____ | $ _____ |
| | Mobile Phone | $ 106 | $ _____ |
| | Cable/Internet | $ 78 | $ _____ |
| | Gas | $ 400 | $ _____ |
| | Water | $ 130 | $ _____ |
| | Electricity | $ 202 | $ _____ |
| | Other | $ 400 | $ _____ |
| 4. | Insurance | | |
| | Life | $ _____ | $ _____ |
| | Health | $ 74 | $ _____ |
| | Car | $ _____ | $ _____ |
| | House/Rental | $ _____ | $ _____ |
| | Other | $ _____ | $ _____ |
| 5. | Medical and Dental | $ 68 | $ _____ |
| 6. | Prescription Drugs | $ 200 | $ _____ |
| 7. | Child Care (work related) | $ _____ | $ _____ |
| 8. | Child Care (non-work related) | $ _____ | $ _____ |
| 9. | Clothing | $ 250 | $ _____ |
| 10. | School Expenses | $ _____ | $ _____ |
| 11. | Hair Cuts and Beauty | $ 350 | $ _____ |
| 12. | Car Repair | $ _____ | $ _____ |
| 13. | Gas and Oil | $ 600 | $ _____ |
| 14. | Personal Property Tax | $ _____ | $ _____ |
| 15. | Miscellaneous (Specify) | | |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| 16. | Debt Payments (Specify) | | |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| | **TOTAL** | $ 3,858 | $ _____ |

*Show house payments, mortgage payments, etc. in Section 10B.

B.  Monthly payments to banks, loan companies or on credit accounts: (Indicate actual or estimated monetary amount in each column, use asterisk for secured) DO NOT LIST ANY PAYMENTS INCLUDED IN PART 1-.A. ABOVE

| Creditor | When debt Incurred | Amount of Payment | Date of Last Payment | Balance | Responsibility Wife/Mother | Responsibility Husband/Father |
|---|---|---|---|---|---|---|
| Goldman Sachs | | 428 | 9/5/2023 | Revolving | 428 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTALS | | | |

C.  Total Living Expenses

|  | Wife/Mother (Actual or Estimated) | Husband/Father (Actual or Estimated) |

1.  Total funds available to Mother and Father (from No. 8)  $ 1,831  $ _____
2.  Total Needed (from No. 10.A and B)  $ 3,858  $ _____
3.  Net Balance  $ (2,027)  $ _____
4.  Projected Child Support  $ _____  $ _____

D.  Payments or contributions received or paid for support of others. Specify source and amount.

| Source | Paid or Received | Wife/Mother | Husband/Father |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

11.  How much does the party who provides health insurance pay for the family coverage?

$ _____   ☐ weekly   ☐ every other week   ☐ twice per month   ☐ monthly

How much does it cost the provider to furnish health insurance only on the provider?

$ 34.00   ☐ weekly   ☒ every other week   ☐ twice per month   ☐ monthly

**FURNISH THE FOLLOWING INFORMATION IF APPLICABLE:**

12.  Income and financial resources of children.

| Income/Resources | Amount |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

13.  Child support adjustments requested.

|  | Wife/Mother | Husband/Father |
|---|---|---|
| Long Distance Parenting Time Costs | $ _____ | $ _____ |
| Parenting Time Adjustments | $ _____ | $ _____ |
| Special Needs | $ _____ | $ _____ |
| Support Beyond the Age of Majority | $ _____ | $ _____ |
| Overall Financial Condition | $ _____ | $ _____ |

14. All other personal property including retirement benefits (including but not limited to qualified plans such as profit sharing, pension, IRA, 401-K, or other savings-type employee benefits, nonqualified plans, and deferred income plans), and ownership thereof (joint or individual), including policies of insurance, identified as to nature or description, ownership (joint or individual), and actual or estimated value.

| Description of Item | Value | Valuation Date | Joint or Individual (Specify) |
|---|---|---|---|
| BMW X5 | $ Unknown | | Respondent |
| Mercedes-Benz GL450 | $ Unknown | | Respondent |
| Tesla | $ Unknown | | Respondent |
| Chrysler Sedan | $ Unknown | | Respondent |
| Cadillac SUV | $ Unknown | | Respondent |
| Ghost Rolls Royce | $ Unknown | | Believe vehicle was foreclosed by public sale |

## THE FOLLOWING NEED NOT BE FURNISHED IN POST JUDGMENT PROCEDURES

15. List real property identified as to description, ownership (joint or individual) and actual or estimated value.

| Property Description | Ownership | Actual/Estimated Value | Valuation Date |
|---|---|---|---|
| 1925 Sever Brook Pl. Lawrenceville, GA | Joint | $ TBD | TBD |
| Overland Park, KS | Joint | $ TBD | TBD |
| | | $ | |

16. Identify the property, if any, acquired by each of the parties prior to the marriage or acquired during the marriage by loan, gift, will or inheritance.

| Property Description | Ownership | Source of Ownership | Actual/Estimated Value | Value Date Prior to Marriage |
|---|---|---|---|---|
| | | | $ | |
| | | | $ | |
| | | | $ | |

17. List debt obligations, including maintenance, not listed in Section 10.A or 10.B above, identified as to name or names of obligor or obligors and obligee, balance due and rate at which payable; and if secured, identify the encumbered property.

| Debt/Obligation | Obligor Husband/Wife | Balance Due | Payment Rate | Encumbered Property |
|---|---|---|---|---|
| Georgia Homeowners Association | Joint | $ Unknown | | |
| Georgia Back Taxes | Joint | $ Unknown | | |
| Lionsgate Area Home Association Inc. | Joint | $ 0 | $10,615.21 | |
| Johnson County Treasurer | Joint | $ 0 | $32,889.67 | |

| Money Judgment in amount of $804,100 in US v. Mirza Reazuddin 23-00067-01-CR-W-BP | | | | |
|---|---|---|---|---|
| Forfeiture of Respondent's interest in the real property known as 1925 Severbrook Place, Lawrenceville, Georgia that is jointly titled with Petitioner | | | | |

18. List health insurance coverage and the right, pursuant to ERISA §§ 601-608, 29 U.S.C. §§ 1161-1168 (1986), to continued coverage by the spouse who is not a member of the covered employee group.

Insurance Company: _Aetna_____
Address: _____
Telephone Number: _____

Health Insurance                                    COBRA Continuation

Name of Insured:

| | | COBRA Continuation |
|---|---|---|
| ☐ Yes | ☐ No | ☒ Unknown |
| ☐ Yes | ☐ No | ☐ Unknown |
| ☐ Yes | ☐ No | ☐ Unknown |
| ☐ Yes | ☐ No | ☐ Unknown |
| ☐ Yes | ☐ No | ☐ Unknown |

Respectfully Submitted,

McDOWELL, RICE, SMITH & BUCHANAN, P.C.

/s/ Susan Saper Galamba
Susan Saper Galamba, KS #14766
605 W. 47th Street, Suite 350
Kansas City, MO 64112
Phone: (816) 753-5400
FAX:  (816) 753-9996
sgalamba@mcdowellrice.com
ATTORNEY FOR PETITIONER

## Additional bank accounts that were closed

Asset Two Hospitality, LLC Wells Fargo account ending in #9231 – **Closed April 2023**

Silver Spoon Hospitality, LLC
dba Best Host Inn General    Wells Fargo account ending in #2373- **Closed June 2023**

Silver Spoon Hospitality, LLC
dba Best Host Inn Payroll    Wells Fargo account ending in #0940 – **Closed June 2023**

Silver Spoon Hospitality, LLC dba.
Best Host Inn Merchant    Wells Fargo account ending in #0957 – **Closed June 2023**

Mahreen Husain Wells Fargo account ending in #4400 – **Closed January 2023**

Mahreen Husain U.S. Bank account ending in #7571 – **Closed January 2023**

## **DECLARATION**

Pursuant to §§ 53-601, the undersigned swears that she is the Petitioner herein and that her Second Amended Domestic Relations Affidavit of Petitioner, Mahreen Husain is true and correct according to the undersigned's best knowledge and belief, under penalty of perjury for making a false affidavit or declaration.

DATE: 2.29.2024.

_Mahreen Husain_
Mahreen Husain
Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Seconded Amended Domestic

Relations Affidavit was sent via e-mail, this 1st day of March, 2024, to:


Jessica J. Sokoloff
SOKOLOFF LAW FIRM, LLC
142 N Cherry St.,
Olathe, KS 66061
jessica@sokolofflawfirm.com
ATTORNEY FOR RESPONDENT


*/s/ Susan Saper Galamba*
Susan Saper Galamba

7877304v3